PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Houston__ DIVISION

__Xavier Demond Johnson TDCJ NO 1876178__
Plaintiff's Name and ID Number

__TDCJ AllRed unit__
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v. __Nicole Truelove, windham school district Administration, Texas Tech University Health Sciences Center, Texas department of criminal Justice, State of Texas, Office of Inspector General of Texas__
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

United States Courts
Southern District of Texas
**FILED**

JAN 18 2023

Nathan Ochsner, Clerk of Court

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

# FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

# CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____
   2. Parties to previous lawsuit:
      Plaintiff(s) _____
      Defendant(s) _____
   3. Court: (If federal, name the district; if state, name the county.) _____
   4. Cause number: _____
   5. Name of judge to whom case was assigned: _____
   6. Disposition: (Was the case dismissed, appealed, still pending?) _____
   7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: _Allred Unit_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   __NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Nicole trueLove, TDC-J, TTUHSC, State of Texas, windham School district administration, Office of Inspector General_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Nicole Ann TrueLove, windham School Teacher, and employee of TDC-J as A public Servant_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Offical Oppression, perjury, falsifying State documents, deliberately forming Corporal punishment to deprive And Retaliate._

Defendant #2: _Texas department of criminal Justice, State of Texas_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Deprivation, failing to correct them in the course of their Supervisory and disciplinary due process constitution violation, Double Jeopardy._

Defendant #3: _Texas Tech University Health Sciences Center_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Disclosing very Serious information violating policies and procedures of privacy laws during Horiffic Incident_

Defendant #4: _Office of Inspector General of Texas_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Misleading reports deliberatly Neglecting right to form punishment that was unusual yet cruel discriminati_

Defendant #5: _windham School district org. Failded to properly train and discrimination under the scope of employment as Teacher under administration Defendant, The city of_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_madisonville, county court Judicial system, administration for false indictment discriminating against already convicted inmate to perform excessive punishment after discovering Innocence of the based charge that was false from Start investagation In Courts of madisonville and view of Magistrating reports will out evidence to support Charges._

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On November 13, 2017 housed on the Ferguson unit of TDCJ Nicole Truelove deliberately, intentionally advised the TDCJ with misleading information of Aggravated sexual Assault, Retaliation, and Assault on public servant. acting in Standards of malicious and sadistic to support cruel and unusual punishment Stating I forced my Fingers inside of her to launch a Insufficient law enforcement Investigation to gain public attention for later compensation under the scope of her employment, windham school district administration improperly training under policies and procedures. TTUHSC failed to maintain Privacy Policies and Procedures by disclosing medical Information to TDCJ sercurity staff overlooking very serious matter and risk to patient on Feb. 06. 2020. TDCJ Also The hardship of this Incident and Horrific trial of verbal Abuse, on going Retaliation by several officers because the Seriousness of having Such A

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief of guilty sentence, change of policies and procedures and amount of 5 million dollars and camera footage to be placed in All Areas to protect Inmates

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Xavier, spongebob

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?   ___YES  ✓NO

Rev. 05/15

4

crime that classify me as a predator, and Madison county still forced punishment without evidence to support charges noteing that Indictment was insufficient under perjury that would place me in imminent danger and did and on behalf of trial that took place in April of 2022 I ask the courts to accept my complaint as civil Rights have been violated and still suffering from the acts of courts and Nicole Ann Truelove violation of 14th, 8th, and 4th Amendment to the Constitution during the events described in this complaint as I am still placed in Administrative Segregation Demanding trial.

On this very day from the past, back to this present moment of me liveing life. To explain how I feel within is heart-felt, the on going Mental Anguish, I cannot change the fact that I went from living in fear to then Attemting to take my own life, feeling Alone an getting the cold Shoulder from family, still to this day the one who was trying to be by my side Question me About why when All Along I was Innocent and I AM, Resulted in My mother haveing A Stroke An has been in A Rehabilitation center over A year now. I know my life wont be the same.

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 12-07-2022
             DATE

_____
Xavier Johnson
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  Wensday  day of  December 7 , 20 22 .
             (Day)                  (month)       (year)

_____
Xavier Johnson
(Signature of Plaintiff)


**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

```
CASE: 20160071842 TDCJNO:01876178 NAME: JOHNSON, XAVIER DEMOND        SQ: 7.3
UNIT: JO     ASG: 12FFE  83      JOB: SEC DET LEVEL III               ID: 078
GLSS: F3  CUST: 3A  PRIMARY LANGUAGE: ENGLISH     LMHA RESTRICTI.     NONE
CODE: MA / BR    OFF.DATE: 11/13/17  10:40 AM  LOCATION: FE MISCELLANEOUS
TYPE: ID
                          OFFENSE DESCRIPTION
```

ON THE DATE AND TIME LISTED ABOVE, AND AT FE DOWNSTAIRS EDUCATION, OFFENDER:
JOHNSON, XAVIER DEMOND, TDCJ-ID NO. 01876178, DID SEXUALLY ASSAULT ▓▓▓▓ CHARLOTTE
▓▓▓▓▓▓, A FELONY AS DEFINED BY THE LAWS OF THE STATE OF TEXAS AND IN
VIOLATION OF PENAL CODE 22.011. OFFENDER JOHNSON DID EXPOSE ▓▓▓▓▓▓▓▓▓ TO
SEMEN BY SEXUALLY ASSAULTING HER.

CHARGING OFFICER: MORALES, J. COV                 SHIFT/CARD: 1 H

**OFFENDER NOTIFICATION** IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: 0444  11-21-17 BY:(PRINT) C. Miller CO1
YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES NO IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: X Xavier Johnson       DATE: 11-21-17
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: X Xavier Johnson              DATE: 11-21-17

                          HEARING INFORMATION
HEARING DATE: 11-21-17 TIME: 2:12pm UNIT JA FOLDER B FILE 028 DSFILE 248710
COUNSEL SUBSTITUTE AT HEARING: ___ FOLDER ___ FILE ___ DSFILE ___
EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2) IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) #7) Transfer case from FE unit, 30 day case
left IOC attached.

OFFENDER STATEMENT: No Statement

OFFENSE CODES:                  10.0   03.5
OFFENDER PLEA: (G, NG, NONE)    NG  |  NG  |     |     |     |
FINDINGS: (G, NG, DS) 3.5       G   |  DS  |     |     |     |
REDUCED TO MINOR(PRIOR TO DOCKET) __ (DOCKET) __ (HEARING) __ BY:(INITIAL) __
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: B) D) Case Investigation, DVD, Texas
Penal Code 22.011 X 3 pages, E.A.C. Report,

                          PUNISHMENT
LOSS OF PRIV(DAYS) __        REPRIMAND......... __      SOLITARY(DAYS)....... __
*RECREATION(DAYS) 15         EXTRA DUTY(HOURS).. __     REMAIN LINE 3........ X
*COMMISSARY(DAYS) 45         CONT.VISIT SUSP.THRU _/_/_ REDUC.CLASS FROM __ TO __
*PROPERTY(DAYS)... __        CELL RESTR(DAYS)... __     GOOD TIME LOST(DAYS). 1040
* OTS(DAYS)....... __        SPECIAL CELL RESTR(DAYS).__ DAMAGES/FORFEIT. $ ___
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
Seriousness of offense, modify behavior
CREDIT FOR PRE-HEARING DETENTION TIME (YES/DAYS) N/A NO / NO
DATE PLACED IN PRE-HEARING DETENTION: N/A  HEARING LENGTH 6 (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: Hand Cuffed
C. Miller
HEARING OFFICER (PRINT)    WARDEN              REVIEWER SIGNATURE
(FORM I-47MA) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

COPY
```

*Handwritten margin notes:* "LM" / "to support the charge" / "3.5 dismissed due to lack of evidence"

CASE: 20190104631 TDCJNO: 5178 NAME: JOHNSON, XAVIER DEMOND EA: 7.2
UNIT: E2 HSNG: HSG1D JOB: TRANSIENT CUSTODY OVERFLOW IQ: 078
CLSS: L3 CUST: 2A PRIMARY LANGUAGE: ENGLISH LMHA RESTRICTIONS: NONE
GRDE: MA / BR OFF.DATE: 11/13/17 10:40 AM LOCATION: FE WINDHAM CLASSROOM
TYPE: ID

(DMX)

## OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT FE DOWNSTAIRS EDUCATION, OFFENDER:
JOHNSON, XAVIER DEMOND, TDCJ-ID NO. 01876178, DID SEXUALLY ASSAULT TEACHER
CHARLOTTE A FELONY AS DEFINED BY THE LAWS OF THE STATE OF TEXAS AND IN
VIOLATION OF PENAL CODE 22.011.

CHARGING OFFICER: MORALES, J. COV SHIFT/CARD: 1 H
OFFENDER NOTIFICATION & APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: 130pm 12-19-17 BY: (PRINT) JMu[?]
YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES NO IF NO, HOW DO YOU
PLEAD? GUILTY NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: X Xavier Johnson DATE: 12-19-17
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: X Xavier Johnson DATE: 12-19-17

## HEARING INFORMATION

HEARING DATE: 01-12-18 TIME: 11:15am UNIT JA FOLDER E FILE 139 DSFILE 249355
COUNSEL SUBSTITUTE AT HEARING: DM FOLDER___ FILE___ DSFILE___
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) #7) Transfer case from FE Unit
30 day case ext. DOC att'd

OFFENDER STATEMENT: No Statement

OFFENSE CODES: 19.0
OFFENDER PLEA: (G, NG, NONE) NG
FINDINGS: (G, NG, DS) G
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__ BY:(INITIAL)__
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: B) D) Case investigators, Statement from Karen Bishop

## PUNISHMENT

LOSS OF PRIV(DAYS)____ REPRIMAND............ ____ SOLITARY(DAYS)........ X
*RECREATION(DAYS)____ EXTRA DUTY(HOURS)..... ____ REMAIN LINE 3......... X
*COMMISSARY(DAYS)____ CONT.VISIT SUSP. THRU __/__/__ REDUC. CLASS FROM __ TO __
*PROPERTY(DAYS)..____ CELL RESTR(DAYS)........ ____ GOOD TIME LOST(DAYS). 1040
* OTS(DAYS)..____ SPECIAL CELL RESTR(DAYS). ____ DAMAGES/FORFEIT. $____.__
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
Seriousness of offense, past disc hx, modify behavior
CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) N/A NO / NO 5
DATE PLACED IN PRE-HEARING DETENTION: N/A HEARING LENGTH 5 (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: Hand Cuffed
C. Miller [signature]
HEARING OFFICER (PRINT) WARDEN REVIEWER SIGNATURE
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA


**TEXAS TECH UNIVERSITY**
**HEALTH SCIENCES CENTER.**
Office *of* Institutional Compliance

3601 4th Street, MS 8165
Lubbock, Texas 79430
(806) 743-3949

February 14, 2020

Mr. Xavier D. Johnson
TDCJ #1876178
Montford Unit

Dear Mr. Johnson:

Texas Tech University Health Sciences Center (TTUHSC) takes the privacy of our patients very seriously, and it is important to us that you are made fully aware of any potential privacy issues. Although there is a low-medium risk to you as a patient, we want to let you know about a recent incident that occurred at TTUHSC which resulted in limited patient health information (PHI) being disclosed.

On February 6, 2020, TTUHSC became aware that your medical information was accidentally disclosed to a Texas Department of Criminal Justice (TDCJ) employee. A TTUHSC staff member from Managed Care impermissibly gave a copy of your patient order to TDCJ Security. The document was recovered and shredded. Patient health information disclosed: your name, DOB, treatment records dated 1/9/2020.

Driver's license and Social Security information is not stored in patients' medical records. There is no indication that any PHI has been used by any unauthorized individual to intentionally cause harm to you. We believe the likelihood of you experiencing any financial harm as a result of this incident to be considered low risk. Furthermore, we are providing additional education to our personnel to prevent this incident from occurring again.

We sincerely apologize and regret that this situation has occurred. TTUHSC is committed to protecting your personal information, and we want to assure you that we have policies and procedures to protect your privacy. Do not hesitate to call me at our toll-free number (877) 272-0570 should you have any questions or concerns regarding this matter.

Sincerely,

Sherri Johnston, CHPC, CFE, CGAP
Regional Privacy Officer

CC: Sonya Castro, VP, ICO, IPO
John Geist, Managing Director of Compliance

Amarillo
1400 Coulter Road
Amarillo, Texas 79106
*Billing Compliance*
(806) 414-9606
*Privacy Compliance*
(806) 743-9539

Lubbock
3601 4th Street
Lubbock, Texas 79430
*Billing Compliance*
(806) 743-1634
*Privacy Compliance*
(806) 743-4007

Permian Basin
800 W. 4th Street
Odessa, Texas 79763
*Billing Compliance*
(432) 703-5160
*Privacy Compliance*
(806) 743-9539

_____ JUDICIAL DISTRICT COURT OF MADISON COUNTY, TEXAS

NO. __18-12999__   BOND: $_____

THE STATE OF TEXAS v. XAVIER DEMOND JOHNSON

COUNT I:   Aggravated Sexual Assault
           P.C. 22.021 First Degree Felony           OFFENSE CODE: 54950119

COUNT II:  Retaliation
           P.C. 36.06(1) Third Degree Felony         OFFENSE CODE: 50990041

COUNT III: Assault on a Public Servant
           P.C. 22.01(1)(B) Third Degree Felony      OFFENSE CODE: 13990063

SID #: 07952119     TRN: _____

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

### COUNT I: AGGRAVATED SEXUAL ASSAULT

THE GRAND JURY, for the County of Madison, State of Texas, duly selected, impaneled, sworn, charged, and organized as such at the January Term A.D. 2018 of the District Court for said County, upon their oaths present in and to said court at said term that **XAVIER DEMOND JOHNSON**, hereafter styled Defendant, on or about the 13th day of November, 2017, and before the presentment of this indictment, in the County and State aforesaid,

> did then and there intentionally and knowingly cause the penetration of the sexual organ of "Charlotte" (a pseudonym), hereafter styled the complainant, by Defendant's finger and/ or an object unknown to the grand jury, without the consent of the complainant, and the Defendant did then and there, by acts or words, threaten to cause or place the complainant in fear that death and/or serious bodily injury would be imminently inflicted on "Charlotte" (a pseudonym), and the acts or words occurred in the presence of the complainant;

### COUNT II: RETALIATION

AND IT IS FURTHER PRESENTED TO THE GRAND JURY, for the County of Madison, State of Texas, duly selected, impaneled, sworn, charged, and organized as such at the January Term A.D. 2018 of the District Court for said County, upon their oaths present in and to said court at said term that **XAVIER DEMOND JOHNSON**, hereafter styled Defendant, on or about the 13th day of November, 2017, and before the presentment of this indictment, in the County and State aforesaid,

> did then and there intentionally and knowingly harm another, to-wit: "Charlotte" (a pseudonym) by an unlawful act, to-wit: the said Defendant did use his hand to pull the hair of "Charlotte" (a pseudonym), and cause her bodily injury, in retaliation for or on account of the status of "Charlotte" (a pseudonym) as a prospective witness;

FILED AT __ O'CLOCK __ M
APR 23 2018
Rhonda Savage, District Clerk
Rhonda Savage, Judicial District Court
12th _____ Madison County, Texas
by _____ Dep

## COUNT III: ASSAULT ON A PUBLIC SERVANT

AND IT IS FURTHER PRESENTED TO THE GRAND JURY, for the County of Madison, State of Texas, duly selected, impaneled, sworn, charged, and organized as such at the January Term A.D. 2018 of the District Court for said County, upon their oaths present in and to said court at said term that **XAVIER DEMOND JOHNSON**, hereafter styled Defendant, on or about the 13th day of November, 2017, and before the presentment of this indictment, in the County and State aforesaid,

did then and there intentionally, knowingly, and recklessly cause bodily injury to "Charlotte" (a pseudonym), hereinafter styled the complainant, by using his hands to pull the hair of "Charlotte" (a pseudonym), and the Defendant did then and there know that the complainant was then and there a public servant, to-wit: a teacher employed by the Windham Independent School District, and the complainant was then and there lawfully discharging an official duty to-wit: said Charlotte intended to submit a disciplinary complaint alleging said defendant had violated the rules for offenders incarcerated within the Texas Department of Criminal Justice;

### ENHANCEMENT PARAGRAPH ONE

And it is further presented that, prior to the commission of the charged offense, on the 31st day of July, 2013, in Cause No. 13-4-27267-D CNT 02 in the 235th Judicial District Court of Victoria County, Texas, the Defendant was finally convicted of the felony offense of BURGLARY OF A HABITATION;

### ENHANCEMENT PARAGRAPH TWO

And it is further presented that, prior to the commission of the charged offense, on the 31st day of July, 2013, in Cause No. 13-4-27267-D CNT 01 in the 235th Judicial District Court of Victoria County, Texas, the Defendant was finally convicted of the felony offense of BURGLARY OF A HABITATION;

**AGAINST THE PEACE AND DIGNITY OF THE STATE**

_[signature]_
Foreperson of the Grand Jury

RACE: Black    SEX: Male    DOB: 12/20/1991    HEIGHT: 5'11"    WEIGHT: 170#
DL #: TX 1003695    FBI #: 447873RC3    TDCJ #: 01876178    OIG #: 17-13234

LAST KNOWN ADDRESS: TDCJ-Montford Unit, 8602 Peach Street, Lubbock, TX 79404
ARREST STATUS: Arrested-Warrant has been executed

On November 13, 2017 I was currently serving 13 year Sentence, Burglary of habitation, And on this very day I was falsley Accused of Aggravated Sexual Assault. I've been in Segregation 5 years now, still on going. My trial started in April of 2022, My Indictment consisted of 3 counts #1 Agg sexual Asslt, #2 Retaliation, #3 Asslt on public servant. I was tryed Also for A lesser charge of Sexual Assault. It Resulted in me Not Guilty of Any Kind of Sexual Assault, And Given A 10 year, An 20 year sentence for Retaliation And Assault on public servant. Appeal is in Motion on My behalf trying to obtain my Freedom, claiming my Innocence And getting Relief of some Kind. This evil Deed of this windham school teacher and Any that was involved with her Negative Intention was wrong. My pain An on going Mental Issues of this day is something I have to carry the Rest of My life.

Sincerely
X Xavier Johnson #1876178
All Red unit
2101 FM 369 North
Iowa Park, Tx 76367

Governor Abbott, I am reaching out to you today in the hope that you can bring this matter to a quick resolution. My name is Nicole Truelove, I am an employee of yours, the State of Texas. On Monday, November 13, 2017, I was teaching at one of your facilities, Texas Department of Criminal Justice - Ferguson Unit. An inmate, Xavier Johnson, repeatedly broke classroom rules; therefore I wrote him a case. After my class was dismissed, I sat at my desk and reached out to pull my door closed and Xavier Johnson was hiding behind my door. Xavier Johnson grabbed me by the hair and slammed me up against the back of my classroom door. Xavier Johnson then began sexually assaulting me, and at the same time he threatened myself and my children. When it was over I dropped to the floor, and as Xavier Johnson left he stated something about I am going home.

Governor Abbott there are no words to fully describe to you how horrific this last month has been for myself, my children, and my family, and yet there has not been one charge filed against Xavier Johnson. Within three days, I was told by the lead OIG Investigator that there was sufficient evidence to charge Xavier Johnson with Aggravated Sexual Assault, Kidnapping, and several counts of Felony Threat; however the Special Prosecutor, Jack Choate, has yet to file these charges. Mr. Abbott when will these charges be filed? I will not quit until Xavier Johnson is charged and convicted of all counts. I will not stop until I know he will never get out. Xavier Johnson as long as I have breathe you will not go home.

Governor Abbott, I want you to know that many things not only went wrong that morning, but many things went wrong leading up to it as well. Policies and Procedures were not followed and Policies and Procedures that should have been in place were not. A trustee inmate released classes that day, not a correctional officer. The trustee inmate did not release one class at a time that morning; he released two, mine as well as the class across the hallway. The correctional officers assigned to the Education Unit, left the Education Unit while the trustee inmate released all the classes, leaving not only myself but four other teachers alone in the Education Unit with all inmates. NO ONE was aware that Xavier

As featured on



# State Counsel for Offenders

P.O. Box 4005
Huntsville, TX 77342-4005

June 20, 2018

Xavier Johnson
TDCJ #01876178
John Montford Unit
8602 Peach Street
Lubbock, TX 79404

### ATTORNEY-CLIENT COMMUNICATION

Re: Cause No: 18-12999 in the 278h District Court of Madison County

Dear Mr. Johnson,

You were not cleared for transport for the docket earlier this week. Your arraignment has been reset to August 20, 2018. I am currently working on reviewing the discovery in your case. There is over 1000+ pages and numerous video interviews. To give you some reference, most of my cases have about 70 pages of discovery, so your discovery is unusually lengthy. I have requested an investigator with my office re-interview every inmate who was in your class. I have also submitted various subpoena applications to get more information.

During one of the taped interviews conducted with OIG you had a question about DNA results. There was no DNA found on your hands, fingernails, or boxers. "Insufficient" male DNA was detected on the samples taken from the alleged victim. This could mean either there was no male DNA on her, or the sample was too small to detect. There is a different type of DNA test that can be performed, but we can discuss that at a later time.

I strongly advise you not to discuss this case with anyone outside of my office. I would advise you not write about it, unless the letter is to me. Remember, TDCJ monitors your communications (aside from legal mail). Anything you write can be used against you later, unless it is a writing to me, which is protected by the attorney-client privilege. Phone calls that are not with your attorney are audio recorded, and are likely being monitored.
If you have any questions, please write me at: PO Box 4005, Huntsville, TX 7742. I anticipate coming to meet with you in-person once I have a better handle on all of the evidence in possession of the State.

Sincerely,

Kimberly Cleary
Staff Attorney
State Counsel for Offenders

xc/file



# State Counsel for Offenders

P.O. Box 4005
Huntsville, TX 77342-4005

October 23, 2018

Xavier Johnson
TDCJ #01876178
Allred Unit
2101 FM 369 North
Iowa Park, TX 76367

## ATTORNEY-CLIENT COMMUNICATION

Re: Cause No: 18-12999 in the 278th District Court of Madison County

Dear Mr. Johnson,

I would strongly advise that you not discuss the facts and details concerning your case. The majority of the information in this letter is not known to anyone outside of my office, and is absolutely privileged.

Article 39.14 of the Texas Code of Criminal Procedure does not allow me to provide you with copies of the photos taken by the State given to me in discovery. The only pictures that exist of the classroom as it was on November 13, 2017, were provided by the State during discovery. During my next visit to the Allred Unit, I will bring them so you can view them, but I cannot provide you with copies. No photos were taken of the victim as she was discovered. There are no pictures of her with her clothes down.

I am having an investigator with my office interview the teachers and staff present on the day in question. Hopefully, they will be able to recall the condition Ms. Truelove was recovered in.

I have issued numerous subpoenas trying to obtain information about Ms. Truelove. In 1990 and 1991 Ms. Truelove entered into two deferred adjudications for two theft cases. She successfully completed the probation periods. Theft is a crime of moral turpitude, and I think can be used to impeach her credibility. What is more interesting is that these deferred adjudications were not reported on Ms. Truelove's State of Texas Application. More simply, when applying to work as a teacher at Windham she was required to report those theft cases. She did not report it. Failing to truthfully complete your job application can result in instant termination.

1



Xavier Johnson #1876178
All Red unit
2101 FM 369 North
Iowa Park Tx 76367

Legal Mail

United States Courts
Southern District of Texas
FILED
JAN 18 2023
Nathan Ochsner, Clerk of Court

Federal Court
P.O. Box 61010
Houston Tx. 77208