United States District Court
Southern District of Texas
**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| XAVIER JOHNSON, | § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 4:23-CV-00188 |
| NICOLE TRUELOVE, *et al.*, | | |
| Defendants. | | |

## ORDER OF DISMISSAL

On January 19, 2023, this Clerk's Office entered a notice of deficient pleading instructing plaintiff Xavier Johnson to pay the filing fee or file a motion for leave to proceed *in forma pauperis* by February 21, 2023. The notice advised Johnson that failure to comply could result in dismissal of this case without further notice. The plaintiff has not yet complied with the notice.

A district court may dismiss a lawsuit for failure to prosecute under Federal Rule of Civil Procedure 41(b). *Berry v. CIGNA/RSI–CIGNA,* 975 F.2d 1188, 1190 (5th Cir.1992). "This authority is based on the courts' power to manage and administer their own affairs to ensure the orderly and expeditious disposition of cases.'" *Id.* at 1190–91 (quoting *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630–31 (1962)).

The plaintiff's failure to comply with the notice of deficient pleading forces the Court to conclude that he lacks diligence in prosecuting this action. Therefore, under the

Court's inherent power to manage its docket, this case is dismissed for want of prosecution. The plaintiff is advised that he may obtain relief from this order under Federal Rule of Civil Procedure 60(b) if he makes a proper showing. Accordingly, it is ordered that this case is dismissed without prejudice for want of prosecution.

    It is so ORDERED.

    SIGNED on March 6, 2023, at Houston, Texas.

                                Kenneth M. Hoyt
                                United States District Judge